

# DECLARATION OF SHELLY M. DAVIS-SMITH

1. My name is Shelly M. Davis-Smith. My firm is The Davis Law Firm and my business address is 3100 Richmond Avenue, Ste. 480, Houston, Texas 77098. I am the attorney for the Plaintiff.

2. I was admitted to practice law in the State of Texas on November 4, 2005. I am admitted to practice in the Southern District of Texas and Eastern District of Texas, as well as all state courts in Texas.

3. I have been engaged in the practice of law in Houston, Texas for nearly 11 years. I have practiced in the area of employment litigation for the past 8 years. One of my areas of experience is FSLA litigation. I have only represented employees in FLSA matters.

4. I am a member of the State Bar of Texas, Houston Bar Association and the Houston Lawyers Association.

5. Attached as Exhibit "A" is a statement for services related to my firm's representation of Plaintiff's in this case. Attorneys and other timekeepers in my office use Clio for case management and billing system to make the contemporaneous recorded time. To the best of my knowledge, information and belief this statement contains an accurate description of the service

provided, the time devoted to this case, and the expenses incurred in pursuit of the same.

6. It is my professional judgment that all the time expended by me and other timekeepers at my firm was necessary and reasonable. My work as the managing attorney on this file included originating the case, conducting the initial client interview, evaluating the important legal and factual issues in the case, communicating with client, conducting legal research on issues particular to the case and preparing various pleadings. I believe that $250 per hour is an appropriate hourly rate for my time in this matter.

7. In this matter I have billed 22.6 hours and have incurred expenses of $532.54. I believe the time spent and costs incurred on this matter are reasonable and necessary.

8. In sum, I am requested attorney's fees in the amount of $5,650.00 and costs of $532.54.

9. I declare under penalty of perjury that the foregoing is true and correct."

Date: 12/15, 2016

Signature: *[signature]*
Shelly M. Davis-Smith