

# INVOICE

Invoice # 49
Date: 09/28/2015
Due On: 02/19/2016

## The Davis Law Firm

3100 Richmond Avenue, Suite 480
Houston, Texas 77098

Senelise Constant

### 00058-Constant

### 00063

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 07/27/2015 | Initial Office Consultation | 1.50 | $350.00 | $525.00 |
| Service | 09/23/2015 | Prepare and file lawsuit | 1.50 | $350.00 | $525.00 |
| Service | 09/23/2015 | Discuss case with client | 0.50 | $0.00 | $0.00 |
| Expense | 09/23/2015 | Reimbursable expense: Filing Fee | 1.00 | $400.00 | $400.00 |
| | | | | Total | $1,450.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 167 | 07/27/2016 | $3,509.98 | $0.00 | $3,509.98 |
| 382 | 12/15/2016 | $1,307.56 | $0.00 | $1,307.56 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 49 | 02/19/2016 | $1,450.00 | $0.00 | $1,450.00 |

# EXHIBIT G

Invoice # 49 - 09/28/2015

|  |  |
|---|---|
| **Outstanding Balance** | **$6,267.54** |
| **Total Amount Outstanding** | **$6,267.54** |

Please make all amounts payable to: The Davis Law Firm

Please pay within 144 days.

EXHIBIT G



# INVOICE

Invoice # 167
Date: 07/27/2016
Due Upon Receipt

## The Davis Law Firm

3100 Richmond Avenue, Suite 480
Houston, Texas 77098

### 00058-Constant

### 00063

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 10/28/2015 | Research Matter: 10-28-15 John Zachery, Director of Records, called from US Dept of Labor at 10:35 in response to my open records request. This investigation is still open, and therefore, he cannot give us anything other than client's complaint/statement. They will be able to send the rest of the investigative docs once the ongoing investigation is closed. .25        10-28-15 J. Zachery also emailed a follow-up letter along with the Houston District info. I replied thanking him for the info. .25       -29-15 Shannon Alan called and left message for Shelly. Shelly told me to return the call because she was probably a potential joinder for the suit. Shannon was actually the defendant employer. She stated she was having financial difficulties with her business and would have to close it. She owed $38k to other employees. Had already paid $12k of it. Barely able to maintain payroll for 2 employees. Pays herself $2800/month. Not a large corporation. Not trying to get over. Trying to resolve. Told her I'd let Shelly know. .50 | 1.00 | $250.00 | $250.00 |
| Service | 01/20/2016 | Prepare Documents: Constant, Senelise 1/20/16 -- Drafted Demand Letter. | 3.00 | $250.00 | $750.00 |
| Service | 03/02/2016 | Fax/Email: Constant, Senelise 3/2/16 --Reviewed counter offer fax from Defendant. Emailed Client. | 0.25 | $250.00 | $62.50 |
| Service | 03/03/2016 | Fax/Email: Constant, Senelise 3-3-16 --Spoke with Client about offer from Defendant when she called at | 0.75 | $250.00 | $187.50 |

EXHIBIT G

| | | | | | |
|---|---|---|---|---|---|
| | | 1:26pm. Discussed counter offer. Drafted letter to Defendant. Faxed to Defendant at 3:17pm. | | | |
| Service | 04/06/2016 | Discovery Requests: Constant, Senelise 3-23-16 Drafted Discovery docs: Req for Prod, Req for Disc, Interrrogs, Req for Admis | 8.00 | $250.00 | $2,000.00 |
| Expense | 04/19/2016 | Reimbursable expense: Postage | 1.00 | $9.98 | $9.98 |
| Service | 04/20/2016 | Telephone Client: Constant, Senelise 4-20-16 Called Client and spoke with her about the status of her case. | 0.25 | $250.00 | $62.50 |
| Service | 06/02/2016 | Fax/Email: Constant, Senelise 6/2/16 -Email Settlement Statement and notice of counter offer. -Text Client notice as well. | 0.50 | $250.00 | $125.00 |
| Service | 06/03/2016 | Telephone Client: Constant, Senelise 6-3-16 -Respond back to 2 of Client's emails regarding the settlement offer. | 0.25 | $250.00 | $62.50 |
| | | | | **Total** | **$3,509.98** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 49 | 02/19/2016 | $1,450.00 | $0.00 | $1,450.00 |
| 382 | 12/15/2016 | $1,307.56 | $0.00 | $1,307.56 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 167 | 07/27/2016 | $3,509.98 | $0.00 | $3,509.98 |
| | | | **Outstanding Balance** | **$6,267.54** |
| | | | **Total Amount Outstanding** | **$6,267.54** |

Please make all amounts payable to: The Davis Law Firm

Payment is due upon receipt.

EXHIBIT G



# INVOICE

Invoice # 382
Date: 12/15/2016
Due Upon Receipt

## The Davis Law Firm

3100 Richmond Avenue, Suite 480
Houston, Texas 77098
Phone: (713) 349-9299  7133499299

**00058-Constant**

**00063**

### Services

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 09/02/2016 | Research Matter: Constant, Senelise --Per instructions of the Court Clerk, reviewed Judge Miller's local rules for defaulting on a pro se Defendant. Did not see anything out of the ordinary. | 1.00 | $250.00 | $250.00 |
| Service | 09/06/2016 | Telephone Client: Constant, Senelise Spoke with Client on the phone when she called for an update. She has returned from her home country and was looking forward to receiving her check. Explained that we are in the process of defaulting Defendant because Defendant never responded to honor her settlement offer. | 0.25 | $250.00 | $62.50 |
| Service | 10/28/2016 | Review documents: Pulled and saved scheduling order and Order for Conference deadline/Disclosure of Interested Parties | 0.25 | $250.00 | $62.50 |
| Service | 12/14/2016 | Drafted plf's Req for Entry of Default and saved it into client's electronic folder. Gave to Shelly for review. | 0.60 | $100.00 | $60.00 |
| Service | 12/15/2016 | Prepare Documents: Prepare Request for Entry and Motion for Default Judgment. | 3.00 | $250.00 | $750.00 |
| | | | **Quantity Subtotal** | | 5.1 |
| | | | **Services Subtotal** | | **$1,185.00** |

# EXHIBIT G

Invoice # 382 - 12/15/2016

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/22/2015 | Service Fees | 1.00 | $100.00 | $100.00 |
| Expense | 02/10/2016 | Postage - Settlement offer. | 1.00 | $6.58 | $6.58 |
| Expense | 04/10/2016 | Postage - Discovery request. | 1.00 | $7.99 | $7.99 |
| Expense | 10/05/2016 | Postage - Request for Entry of Judgment. | 1.00 | $7.99 | $7.99 |
| | | | **Expenses Subtotal** | | **$122.56** |
| | | | **Quantity Total** | | **5.1** |
| | | | **Subtotal** | | **$1,307.56** |
| | | | **Total** | | **$1,307.56** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 49 | 02/19/2016 | $1,450.00 | $0.00 | $1,450.00 |
| 167 | 07/27/2016 | $3,509.98 | $0.00 | $3,509.98 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 382 | 12/15/2016 | $1,307.56 | $0.00 | $1,307.56 |
| | | | **Outstanding Balance** | **$6,267.54** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$6,267.54** |

Please make all amounts payable via:  https://payments.lawpay.com/bpl/lp2311379,paytemplate=template