United States District Court
Southern District of Texas

**ENTERED**

February 23, 2017

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SENELISE CONSTANT, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-2781 |
| | § | |
| A PLACE FOR CHILDREN, INC., | § | |
| | § | |
| *Defendant.* | § | |

**FINAL DEFAULT JUDGMENT**

In accordance with the court's memorandum opinion and order signed this date, plaintiff Senelise Constant's motion for default judgment (Dkt. 9) is GRANTED. Constant shall recover the following sums against defendant A Place For Children, Inc., plus post-judgment interest at the rate of 0.83% per annum from the date of this judgment until the judgment is paid in full:

1.  Statutory damages pursuant to 29 U.S.C. § 216(b) in the amount of $1,440.00.

2.  Additional statutory liquidated damages pursuant to 29 U.S.C. § 216(b) in the amount of $1,440.00

3.  Attorney's fees pursuant to 29 U.S.C. § 216(b) in the amount of $5,650.00 and $532.54 in costs.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on February 23, 2017.

_____
Gray H. Miller
United States District Judge